1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bonnie MacNaughton (CA State Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:      (206) 662-3150
Facsimile:      (206) 757-7700
Email: bonniemacnaughton@dwt.com

Attorney for Meta Platforms, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

META PLATFORMS, INC., a Delaware
Corporation,

              Plaintiff,

    v.

DANIEL FOLGER,

           Defendant.

Case No. 3:25-cv-01672-LB

**DECLARATION OF CATHERINE M. DEL FIERRO IN SUPPORT OF PLAINTIFF META PLATFORMS, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Hearing Date: May 15, 2025
Hearing Time: 9:30 a.m.
Courtroom: B, 15th Floor
Judge: Hon. Laurel Beeler

Complaint filed: February 18, 2025

DAVIS WRIGHT TREMAINE LLP

I, CATHERINE M. DEL FIERRO, declare as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, which represents Plaintiff Meta Platforms, Inc. ("Meta").  I make this Declaration in support of Meta's Opposition to Defendant's Motion to Dismiss.  The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

2.      On March 28, 2023, I sent Daniel Folger a cease-and-desist letter on Meta's behalf. A true and correct copy of the cover email and letter are attached as **Exhibit A**.  The letter demanded that Mr. Folger stop violating the Instagram Terms of Use.  Through the letter, Meta revoked Mr. Folger's license to access Instagram and informed Folger he was no longer authorized to access that service "for any reason whatsoever."

3.      Mr. Folger's counsel, Michael Cristalli, responded to the letter via email and attached letter on March 29, 2023.  The email and letter appear to have been sent to an incorrect email address.  Thus, I did not receive the letter and cover email until March 30, 2023 when they were sent to me at my correct email address.  A true and correct copy of that correspondence is attached as **Exhibit B**.  The same day, March 30, 2023, I replied via email to Mr. Cristalli.  A true and correct copy of my reply is attached as **Exhibit C**.  Mr. Cristalli never responded to my March 30 email.

4.      I made many attempts via email to communicate with Mr. Cristalli and Mr. Folger over the next five months, with all but one email going unanswered.  Specifically, I emailed Mr. Cristalli on April 24, May 8, May 22, and June 5, 2023.  A true and correct copy of this follow-up correspondence is also attached as **Exhibit C**.  In the June 5 email, I informed Mr. Cristalli that if he did not respond by June 15, I would assume he was no longer representing Mr. Folger and contact Mr. Folger directly.  When Mr. Cristalli did not respond by June 15, I emailed Mr. Folger on June 21, copying Mr. Cristalli.  Mr. Cristalli responded to that email in less than 15 minutes, promising to "correspond to [me] tomorrow."  Mr. Cristalli did not contact me the next day, or ever again.  A true and correct copy of the June 21, 2023 correspondence is attached as **Exhibit D**.

5.    I then attempted to call Mr. Cristalli three times from July 25, 2023 to August 8, 2023.  He never answered and his voicemail was always full so I was unable to leave a message.  I also continued to follow up with Mr. Cristalli via email on July 5, July 18, and August 15, 2023, attaching an additional letter to the August 15 email.  As with my earlier emails, Mr. Cristalli never responded.  A true and correct copy of this correspondence is also attached as **Exhibit D**.

6.    A year went by without a substantive response to the March 28, 2023 cease-and-desist letter (beyond Mr. Cristalli's March 30, 2023 letter).  On March 13, 2024, I, on Meta's behalf, sent Mr. Cristalli a second cease-and-desist letter addressed to Mr. Folger.  A true and correct copy of this correspondence is attached as **Exhibit E**.  After Mr. Cristalli did not respond, on March 25, 2024, I sent the letter to Mr. Folger directly.  After a week without a response, I followed up with Mr. Folger via email on April 1.  A true and correct copy of the March 25 and April 1 correspondence are attached as **Exhibit F**.

7.    Neither Mr. Folger nor Mr. Cristalli ever responded to the second cease-and-desist letter or my follow-up communication.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 21st day of April, 2025 in Seattle, Washington.


By:  _/s/ Catherine M. del Fierro_____
Catherine M. del Fierro

DAVIS WRIGHT TREMAINE LLP

2

DECLARATION OF C. DEL FIERRO IN SUPPORT OF OPP. TO MOT. TO DISMISS
Case No. 3:25-cv-01672-LB

# EXHIBIT A

| **From:** | del Fierro, Catherine M. (SEA) |
| **To:** | danfolgerphoto@gmail.com; danfolgerbusiness@gmail.com |
| **Cc:** | Gerlicher, Amelia Morrow (SEA) |
| **Subject:** | Cease and Desist Abuse of Meta - Folger |
| **Date:** | Tuesday, March 28, 2023 10:00:59 AM |
| **Attachments:** | image001.png |
| | Folger - C&D - Unban Service.pdf |

Dear Mr. Folger,

Please see the attached letter sent on behalf of Meta Platforms, Inc.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**

SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com



# PERKINSCOIE

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

**VIA EMAIL**

Catherine M. del Fierro
CdelFierro@perkinscoie.com
D.  +1.206.359.3507

March 28, 2023

Daniel Wolfegang Folger
6 Rue Du Ville Way
Henderson, NV 89011-2200
danfolgerphoto@gmail.com
danfolgerbusiness@gmail.com

**Re:     Cease and Desist Abuse of Meta - Folger**

Dear Mr. Folger:

We represent Meta Platforms, Inc. ("Meta") based in Menlo Park, California.  Meta operates, among other products, Facebook and Instagram.  Meta has gathered evidence that you are abusing Instagram.  Specifically, you are promoting and facilitating unauthorized account support servies such as reenabling access to disabled Instagram accounts, thereby circumventing Meta's enforcement decisions, as well as offering to sell and selling Instagram usernames for a profit.  These activities violate Meta's Terms of Service and Instagram's Terms of Use.

**Meta demands that you stop all actions in connection with this abuse.**

Meta takes the protection of the user experience very seriously, and it is committed to keeping its products safe for users to interact and share information.  It has developed terms and policies to protect the user experience and facilitate these goals.

Meta's Terms of Service and Instagram's Terms of Use prohibit, among other things:

- Interfering with or impairing the intended operation of Facebook and Instagram, including but not limited to, misusing any reporting, dispute, or appeals channel, and circumventing Meta's technical enforcement measures;

- Selling, licensing, or purchasing an Instagram account or account privileges;

- Doing anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose; and

Page 2

- Facilitating or encouraging others to violate Meta's Terms of Service or Instagram's Terms of Use.

*See* Instagram Terms of Use, http://instagram.com/about/legal/terms/; Meta Terms of Service, https://www.facebook.com/terms.php.

Because you have breached Meta's Terms of Service and Instagram's Terms of Use, Meta has taken technical steps to deactivate your Facebook and Instagram accounts, and hereby revokes your limited licenses to access Facebook and Instagram. **This means that you, your agents, employees, affiliates, or anyone acting on your behalf ("You" or "Your") may not access the Facebook or Instagram websites, mobile applications, Platforms, services, or networks for any reason whatsoever.** Meta will treat any further activity by You on its websites, mobile applications, Platforms, services or networks as intentional and unauthorized access to its protected computer networks.

**Please respond to me <u>WITHIN 48 hours</u> confirming that You:**

- Have stopped and will not in the future access the Facebook and Instagram websites and/or use Facebook's and Instagram's services for any reason whatsoever;

- Have preserved and will continue to preserve in the future all information related to the activities described herein;

- Have stopped and will not in the future offer, transfer, market, sell or offer to sell any services related to Facebook or Instagram;

- Will account for and disgorge any and all revenue earned from Your unauthorized activities related to Facebook or Instagram;

- Will, following the accounting required below, **and only after receiving explicit instruction from me**, delete all data obtained from Facebook and Instagram; and

- Will enter into a written agreement memorializing Your commitment to compliance with the demands in this letter.

Page 3

**Along with Your response, You must provide the following information:**

- A complete list of any and all Facebook and Instagram accounts You have created, accessed, developed, maintained, or controlled;

- A detailed description of the methods You used to provide, directly or indirectly, Facebook or Instagram account reinstatement services, Facebook or Instagram usernames, or any other services relating to Facebook or Instagram;

- A complete list of each and every customer to whom you have sold or facilitated services relating to Facebook or Instagram;

- An accounting of all compensation or revenue you received in connection with such services;

- A complete list of individuals involved in Your activities, including contact information; and

- A complete accounting of all Facebook and Instagram data that You obtained from Facebook or Instagram.

If you ignore this letter and continue your current improper conduct, Meta will take whatever measures it believes are necessary to enforce its rights, maintain the quality of its websites, and protect users' information and privacy.

This letter is not intended by us, and should not be construed by you, as a waiver or relinquishment of any of Meta's rights or remedies in this matter. Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

Sincerely,

*Catherine M. del Fierro*

Catherine M. del Fierro

# EXHIBIT B

| | |
|---|---|
| **From:** | Estrada, Judy |
| **To:** | del Fierro, Catherine M. (SEA) |
| **Subject:** | FW: Dan Folger - Cease and Desist |
| **Date:** | Thursday, March 30, 2023 8:33:59 AM |
| **Attachments:** | Folger Letter to Meta (002).pdf |

**Judy Estrada**
Legal Administrative Assistant
**Clark Hill LLP**
1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135
(702) 697-7548 (office) | (702) 778-9709 (fax)
jestrada@clarkhill.com  |  www.clarkhill.com

**From:** Estrada, Judy <jestrada@clarkhill.com>
**Sent:** Wednesday, March 29, 2023 3:52 PM
**To:** cdelfierro@parkinscoie.com
**Cc:** Cristalli, Michael <mcristalli@ClarkHill.com>; Solari, Tiffany <tsolari@clarkhill.com>; Concepcion, Stacey <sconcepcion@ClarkHill.com>
**Subject:** Dan Folger - Cease and Desist

With respect to the above-referenced, attached is a letter of today's date.

Thank you.

**Judy Estrada**
Legal Administrative Assistant
**Clark Hill LLP**
1700 S. Pavilion Center Drive, Ste. 500, Las Vegas, NV 89135
(702) 697-7548 (office) | (702) 778-9709 (fax)
jestrada@clarkhill.com  |  www.clarkhill.com



Michael Cristalli
T (702) 697-7510
F (702) 778-9709
Email:mcristalli@ClarkHill.com

Clark Hill PLLC
1700 Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
T (702) 862-8300
F (702) 778-9709

March 29, 2023

Catherine M. del Fierro
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

***VIA EMAIL TRANSMISSION TO CDELFIERRO@PERKINSCOIE.COM***

     Re:  Cease and Desist – Dan Folger

Dear Ms. Del Fierro,

     We are in receipt of your March 28, 2022 letter. Our office represents Dan Folger and this letter in response is sent on his behalf. Our client denies the allegations stated in your letter. Mr. Folger is not engaged in promoting or facilitating unauthorized account services and is not in violation of Meta's Terms of Service and Instagram's Terms of Use. Your letter states "Meta has gathered evidence" about these alleged abuses. We would like an opportunity to review this "evidence" and perhaps come to a mutually acceptable resolution regarding the issue. We note that Mr. Folger's Instagram account was deactivated on March 07, 2023—depriving him of important connections and business opportunities which he has spent many years building.

     We look forward to your response and specifically reserve our rights and remedies available under the law.

                          Sincerely,

                          CLARK HILL PLLC

                          /s/ Michael Cristalli

                          Michael Cristalli
                          Attorney at Law

MC:

# EXHIBIT C

| | |
|---|---|
| **From:** | del Fierro, Catherine M. (Perkins Coie) <CdelFierro@perkinscoie.com> |
| **Sent:** | Monday, June 5, 2023 11:09 AM |
| **To:** | Estrada, Judy; mcristalli@ClarkHill.com |
| **Cc:** | Gerlicher, Amelia Morrow (Perkins Coie) |
| **Subject:** | RE: Dan Folger - Cease and Desist |

Mr. Cristalli,

We have not heard from you since March 30, 2023. If we do not hear from you by June 15, 2023, we will assume you no longer represent your client, and will contact Mr. Folger directly.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro | Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA)
**Sent:** Monday, May 22, 2023 9:20 AM
**To:** Estrada, Judy ; mcristalli@ClarkHill.com
**Cc:** Gerlicher, Amelia Morrow (SEA)
**Subject:** RE: Dan Folger - Cease and Desist

Mr. Cristalli,

We have not heard from you since March 30, 2023. Please advise as to when we can expect your client's response.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro | Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Sent:** Monday, May 08, 2023 10:18 AM
**To:** Estrada, Judy <jestrada@clarkhill.com>; mcristalli@ClarkHill.com
**Cc:** Gerlicher, Amelia Morrow (SEA) <AGerlicher@perkinscoie.com>
**Subject:** RE: Dan Folger - Cease and Desist

Mr. Cristalli,

Your client's matter remains unresolved with Meta. Please advise as to when we can expect your client's response.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Sent:** Monday, April 24, 2023 2:50 PM
**To:** Estrada, Judy <jestrada@clarkhill.com>; mcristalli@ClarkHill.com
**Cc:** Gerlicher, Amelia Morrow (SEA) <AGerlicher@perkinscoie.com>
**Subject:** RE: Dan Folger - Cease and Desist

Mr. Cristalli,

Please advise as to when we can expect your client's response.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Sent:** Thursday, March 30, 2023 12:07 PM
**To:** Estrada, Judy <jestrada@clarkhill.com>; mcristalli@ClarkHill.com
**Cc:** Gerlicher, Amelia Morrow (SEA) <AGerlicher@perkinscoie.com>
**Subject:** RE: Dan Folger - Cease and Desist

Mr. Cristalli,

Thank you for your letter. We understand that your client is denying the allegations. However, your client openly advertised his services on Instagram, so we do not find that denial credible. Please have your client provide the information requested in our letter.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com


2022
PRO BONO

---

**From:** Estrada, Judy <jestrada@clarkhill.com>
**Sent:** Thursday, March 30, 2023 8:34 AM
**To:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Subject:** FW: Dan Folger - Cease and Desist

**JudyEstrada**
Legal Administrative Assistant
**Clark Hill LLP**
1700 S. Pavilion Center Drive, Ste. 500,Las Vegas,NV89135
(702) 697-7548 (office) | (702) 778-9709 (fax)
jestrada@clarkhill.com | www.clarkhill.com

**From:** Estrada, Judy <jestrada@clarkhill.com>
**Sent:** Wednesday, March 29, 2023 3:52 PM
**To:** cdelfierro@parkinscoie.com
**Cc:** Cristalli, Michael <mcristalli@ClarkHill.com>; Solari, Tiffany <tsolari@clarkhill.com>; Concepcion, Stacey <sconcepcion@ClarkHill.com>
**Subject:** Dan Folger - Cease and Desist

With respect to the above-referenced, attached is a letter of today's date.
Thank you.

**JudyEstrada**
Legal Administrative Assistant
**Clark Hill LLP**
1700 S. Pavilion Center Drive, Ste. 500,Las Vegas,NV89135
(702) 697-7548 (office) | (702) 778-9709 (fax)
jestrada@clarkhill.com | www.clarkhill.com

# EXHIBIT D

| | |
|---|---|
| **From:** | del Fierro, Catherine M. (Perkins Coie) <CdelFierro@perkinscoie.com> |
| **Sent:** | Tuesday, August 15, 2023 3:21 PM |
| **To:** | Cristalli, Michael |
| **Cc:** | Gerlicher, Amelia Morrow (Perkins Coie); Solari, Tiffany |
| **Subject:** | RE: Cease and Desist Abuse of Meta - Folger |
| **Attachments:** | Folger - Ban Letter - Unban Service.pdf |

Mr. Cristalli,

Please review the attached letter.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro | Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA)
**Sent:** Tuesday, July 18, 2023 10:44 AM
**To:** Cristalli, Michael
**Cc:** Gerlicher, Amelia Morrow (SEA) ; Solari, Tiffany
**Subject:** RE: Cease and Desist Abuse of Meta - Folger

Mr. Cristalli,

Please advise as to when we can expect your response.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro | Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Sent:** Wednesday, July 05, 2023 11:04 AM
**To:** Cristalli, Michael <mcristalli@ClarkHill.com>
**Cc:** Gerlicher, Amelia Morrow (SEA) <AGerlicher@perkinscoie.com>; Solari, Tiffany <tsolari@clarkhill.com>
**Subject:** RE: Cease and Desist Abuse of Meta - Folger

Mr. Cristalli,

You previously indicated that you would be responding on June 22, 2023. Please advise.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** Cristalli, Michael <mcristalli@ClarkHill.com>
**Sent:** Wednesday, June 21, 2023 2:51 PM
**To:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Cc:** Danfolgerphoto@gmail.com; danfolgerbusiness@gmail.com; Gerlicher, Amelia Morrow (SEA)
<AGerlicher@perkinscoie.com>; Solari, Tiffany <tsolari@clarkhill.com>
**Subject:** Re: Cease and Desist Abuse of Meta - Folger

Dear Ms. del Fierro, please do not contact my client. He is represented. I have been traveling. We will correspond to you tomorrow.

Thank you

Sent from my iPhone

**MichaelCristalli**
Member
**Clark Hill LLP**
1700 S. Pavilion Center Drive, Ste. 500,Las Vegas,NV89135
(702) 697-7510 (office) | (702) 778-9709 (fax)
mcristalli@ClarkHill.com | www.clarkhill.com

> On Jun 21, 2023, at 2:38 PM, del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com> wrote:
>
> **[External Message]**
>
> Mr. Folger,
>
> We understand from your attorney's lack of response to our correspondence asking if he still represents you that you are no longer represented. We are therefore contacting you directly asking that you provide the information requested in our initial letter.
>
> Sincerely,
>
> Catherine M. del Fierro
>
> **Catherine M. del Fierro** | **Perkins Coie LLP**
> SENIOR ATTORNEY
> 1201 Third Avenue Suite 4900

Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA) <CdelFierro@perkinscoie.com>
**Sent:** Tuesday, March 28, 2023 10:01 AM
**To:** danfolgerphoto@gmail.com; danfolgerbusiness@gmail.com
**Cc:** Gerlicher, Amelia Morrow (SEA) <AGerlicher@perkinscoie.com>
**Subject:** Cease and Desist Abuse of Meta - Folger

Dear Mr. Folger,

Please see the attached letter sent on behalf of Meta Platforms, Inc.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com



---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**PERKINS**COIE

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

**T** +1.206.359.8000
**F** +1.206.359.9000
perkinscoie.com

August 15, 2023

Catherine M. del Fierro
CdelFierro@perkinscoie.com
D.  +1.206.359.3507

Daniel Wolfegang Folger
c/o Michael Cristalli
Clark Hill LLP
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
mcristalli@ClarkHill.com

**Re:     Permanent Revocation of License to Access Facebook and Instagram**

Dear Mr. Folger:

As you know, we represent Meta Platforms, Inc. ("Meta," previously known as Facebook, Inc.). On March 28, 2023, we sent you a cease and desist letter demanding that you stop promoting and facilitating unauthorized account support services such as reenabling access to disabled Instagram accounts.  You failed to provide any of the information requested by Meta.

We remind you that, continuing since the date of our original letter, March 28, 2023, your limited license to access Facebook and Instagram or use Facebook and Instagram services is and remains revoked.  This means that you, your agents, your employees and/or anyone acting on your behalf may not access Facebook's or Instagram's websites or use any of the services offered by Meta, at any time for any reason.

Be advised: Meta reserves the right to take whatever measures it deems necessary to protect its rights and users.  This letter is not intended by Meta, and should not be construed by you, as a relinquishment or waiver of any of its rights or remedies.

Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

Sincerely,

*Catherine M. del Fierro*

Catherine M. del Fierro

163440851.1
Perkins Coie LLP

# EXHIBIT E

| From: | del Fierro, Catherine M. (Perkins Coie) <CdelFierro@perkinscoie.com> |
|---|---|
| **Sent:** | Wednesday, March 13, 2024 7:09 AM |
| **To:** | mcristalli@ClarkHill.com |
| **Cc:** | Gerlicher, Amelia Morrow (Perkins Coie) |
| **Subject:** | Cease and Desist Abuse of Meta - Folger |
| **Attachments:** | Folger - 2024 Letter - Unban Service.pdf |

Dear Mr. Cristalli,

Please review the attached letter sent on behalf of Meta Platforms, Inc.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

PERKINSCOIE

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T  +1.206.359.8000
F  +1.206.359.9000
perkinscoie.com

March 13, 2024

Catherine M. del Fierro
CdelFierro@perkinscoie.com
D.  +1.206.359.3507

Michael Cristalli, Esq.
Clark Hill LLP
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
mcristalli@ClarkHill.com

**Re:    Daniel Wolfegang Folger/Abuse of Meta and Instagram**

Dear Mr. Cristalli:

When we last wrote you on behalf of Meta Platforms, Inc. on August 15, 2023, Daniel Folger, purportedly still your client, had failed to provide any information in response to the cease and desist letter sent to him on March 28, 2023.  Our letter reminded Mr. Folger that promotion and facilitation of unauthorized account support services, such as reenabling access to disabled Instagram accounts, violated Instagram's terms and that his license to access Facebook and Instagram had been revoked.

Meta has since gathered evidence that, after receipt of Meta's cease and desist letter, Mr. Folger created a new Instagram account, @isellcelebs.  Ownership of the @isellcelebs Instagram account was attributed to Mr. Folger based, in part, on a picture of himself that Mr. Folger posted.  Mr. Folger used his @isellcelebs Instagram account to continue offering services that violate Meta's Terms of Service and Instagram's Terms of Use, including banning or unbanning Instagram accounts, and selling Instagram usernames.  For example, on December 13, 2023, Mr. Folger posted on Instagram "I CAN WHITELIST ANY IG ACCOUNT TO BE SAFE FROM ANY TAKEDOWNS.  1 TIME PAYMENT TO KEEP YOUR ACCOUNT SAFE[.]  Dm me!" On September 15, 2023, Mr. Folger posted on Instagram offering to sell usernames, saying "Ton of generic usernames for sale DM ME."  On September 11, 2023, Mr. Folger advertised his services on Instagram, posting "ALL SERVICES READY[.]  CELEB PROMO[,] USERNAME CLAIMS[,] UNBANS + BANS[,] DOXING[,] $ RECOVERIEs[,] + MORE."

Page 2

**Meta demands that Mr. Folger stop all actions in connection with these violations.**

We again remind Mr. Folger that, continuing since the date of our original letter, March 28, 2023, his limited license to access Facebook and Instagram or use Facebook and Instagram services is and remains revoked. This means that Mr. Folger, his agents, his employees and/or anyone acting on his behalf may not access Facebook's or Instagram's websites or use any of the services offered by Meta, at any time for any reason.

Meta also continues to seek the following information as requested in our original letter.

• A complete list of any and all Facebook and Instagram accounts he has created, accessed, developed, maintained, or controlled;

• A detailed description of the methods he used to provide, directly or indirectly, Instagram account reinstatement services, Instagram usernames, or any other services relating to Facebook or Instagram;

• A complete list of each and every customer to whom he has sold or facilitated services relating to Facebook or Instagram;

• An accounting of all compensation or revenue he received in connection with such services;

• A complete list of individuals involved in his activities, including contact information; and

• A complete accounting of all Instagram data that he obtained from Instagram.

Meta reserves the right to take whatever measures it deems necessary to protect its rights and users. This letter is not intended by Meta, and should not be construed by your client, as a relinquishment or waiver of any of its rights or remedies.

Given your prior representation that you still represent Mr. Folger, we seek your assistance in addressing this matter. However, if you do not confirm by March 20, 2024 that you still represent Mr. Folger and have shared this information with him, we will contact Mr. Folger directly to address Meta's concerns.

Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

Page 3

Sincerely,

Catherine M. del Fierro

# EXHIBIT F

| | |
|---|---|
| **From:** | del Fierro, Catherine M. (Perkins Coie) <CdelFierro@perkinscoie.com> |
| **Sent:** | Monday, April 1, 2024 4:50 PM |
| **To:** | danfolgerphoto@gmail.com; danfolgerbusiness@gmail.com |
| **Subject:** | RE: Cease and Desist Abuse of Meta - Folger |

Mr. Folger,

When can we expect your response to our letter?

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com

---

**From:** del Fierro, Catherine M. (SEA)
**Sent:** Monday, March 25, 2024 1:32 PM
**To:** danfolgerphoto@gmail.com; danfolgerbusiness@gmail.com
**Cc:** Gerlicher, Amelia Morrow (SEA)
**Subject:** Cease and Desist Abuse of Meta - Folger

Mr. Folger,

Please review the attached letter sent on behalf of Meta Platforms, Inc.

Sincerely,

Catherine M. del Fierro

**Catherine M. del Fierro** | **Perkins Coie LLP**
SENIOR ATTORNEY
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3507
F. +1.206.359.9000
E. CdelFierro@perkinscoie.com