1  MICHAEL V. CRISTALLI, ESQ.
   Nevada Bar No. 6266 (*Pro Hac Vice Pending*)
2  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271 (*Pro Hac Vice Pending*)
3  TIFFANY B. HUNTER, ESQ.
   CA State Bar No. 306382
4  **CLARK HILL LLP**
   555 S. Flower St., Ste. 2400
5  Los Angeles, CA 90071-2305
   Telephone:  (213) 417-5313
6  Facsimile:   (213) 488-1178
   Email :     thunter@clarkhill.com
7
   Attorneys for Defendant,
8  DANIEL FOLGER

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12                                    * * *

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation, | CASE NO. 3:25-cv-01672-LB |
| Plaintiff, | **STIPULATION AND ORDER ON MOTION TO DISMISS COMPLAINT** |
| vs. | |
| DANIEL FOLGER, | Hearing Date:  May 15, 2025 |
| Defendant. | Hearing Time: 9:30 a.m. |
| | Courtroom: B, 15th Floor |
| | Judge: Hon. Laurel Beeler |
| | Complaint Filed:  February 18, 2025 |

22  ///
23  ///
24  ///

Page 1 of 2

Plaintiff META PLATFORMS, INC. ("Meta") and Defendant DANIEL FOLGER ("Folger"), by and through their respective counsel of record, hereby stipulate as follows pursuant to Civil L.R. 7-12:

1. On April 7, 2025, Folger filed a Motion to Dismiss Complaint [ECF No. 9] ("Motion to Dismiss").

2. On April 21, 2025, Meta filed Plaintiff Meta Platforms, Inc.'s Opposition to Defendant's Motion to Dismiss [ECF No. 13] ("Opposition").

3. After having the opportunity to review the Opposition, Folger hereby withdraws the Motion to Dismiss.

4. The hearing on the Motion to Dismiss, currently scheduled for May 15, 2025, at 9:30 a.m., shall be vacated.

5. The deadline for Folger to answer the Complaint [ECF No. 1] is May 12, 2025.

Respectfully submitted this 28th day of April 2025.

| **DAVIS WRIGHT TREMAINE LLP** | **CLARK HILL LLP** |
|---|---|
| /s/ Jake Freed, Esq.<br>BONNIE MACNAUGHTON, ESQ.<br>CA State Bar No. 107402<br>JAKE FREED, ESQ.<br>CA State Bar No. 261518<br>920 Fifth Avenue, 33rd Floor<br>Seattle, Washington 98104-1610<br><br>*Attorneys for Plaintiff Meta Platforms, Inc.* | /s/ Tiffany B. Hunter, Esq.<br>TIFFANY B. HUNTER, ESQ.<br>CA State Bar No. 306382<br>555 S. Flower St., Ste. 2400<br>Los Angeles, CA 90071-2305<br><br>*Attorneys for Defendant Daniel Folger* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____