UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| META PLATFORMS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>DANIEL FOLGER, <br><br>    Defendant. | Case No. 25-cv-01672-LB <br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court held a case-management conference on June 26, 2025, and issues this case-management and pretrial order.

**GENERALLY APPLICABLE RULES**

Parties must comply with the procedures in the Federal Rules of Civil Procedure, the local rules, the general orders, Judge Beeler's standing orders (attached), and the Northern District's general standing order for civil cases titled "Contents of Joint Case Management Statement." Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to chambers) are available at http://www.cand.uscourts.gov.

## CASE-MANAGEMENT AND TRIAL DATES

All hearings will be held in Courtroom B, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The following are the disclosure, filing, and hearing dates:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | 7/31/2025 |
| Updated joint case-management-conference statement | 10/9/2025 |
| Further case-management conference | 10/16/2025 at 11:00 a.m. |
| ADR completion date | 12/11/2025 |
| Non-expert discovery completion date | 12/4/2025 |
| Expert disclosures required by Federal Rules of Civil Procedure | 12/4/2025 |
| Rebuttal expert disclosures | 12/19/2025 |
| Expert discovery completion date | 1/19/2026 |
| Last hearing date for dispositive motions and/or further case-management conference | 3/5/2026 at 9:30 a.m./11:00 a.m. |
| Meet and confer re pretrial filings | 4/28/2026 |
| Pretrial filings due | 5/7/2026 |
| Oppositions, objections, exhibits, and depo designations due | 5/14/2026 |
| Final pretrial conference | 5/28/2026 at 1:00 p.m. |
| Trial | 6/8/2026 at 8:30 a.m. |
| Length of trial | 3 days |

## ALTERNATIVE DISPUTE RESOLUTION

The parties agree to participate in informal settlement discussion and then a private mediator to occur by the date specified in the above chart if possible. The parties must notify the court promptly if the case resolves.

CASE-MANAGEMENT AND PRETRIAL ORDER
No. 25-cv-01672-LB

2

# DISCOVERY PROCEDURES

The parties must comply with the procedures regarding discovery and discovery disputes in Judge Beeler's standing order.

Each side is limited to ten depositions and twenty-five interrogatories, as provided by Federal Rules of Civil Procedure 30 and 33, absent a further court order.

If the ADR specified in the previous section is being conducted before the discovery cut-off deadline, counsel must meet and confer in person or by telephone no later than twenty-one days before the ADR and before preparing any exchanged or confidential settlement statements required by the ADR process. The purpose of the meeting is to identify and exchange whatever discovery is needed for all sides to evaluate the case for settlement. Counsel must cooperate in providing discovery informally and expeditiously before ADR.

# MOTIONS

The parties must follow the federal and local rules and all procedures in Judge Beeler's standing order.

**IT IS SO ORDERED.**

Dated: June 26, 2025

LAUREL BEELER
United States Magistrate Judge