Bonnie MacNaughton (CA State Bar No. 107402)
Caitlyn Courtney (*admitted pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email: bonniemacnaughton@dwt.com
         caitlyncourtney@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email: jakefreed@dwt.com

Attorneys for Meta Platforms, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL FOLGER,<br><br>Defendant. | Case No. 3:25-cv-01672-LB<br><br>**STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING SETTLEMENT; [PROPOSED] ORDER**<br><br>Assigned to Hon. Laurel Beeler<br><br>Complaint filed: February 18, 2025 |

**STIPULATION**

WHEREAS, Plaintiff Meta Platforms, Inc. ("Meta") and Defendant Daniel Folger ("Folger") have reached an agreement-in-principle to settle this action;

WHEREAS, the parties are working toward finalizing and executing a formal written settlement agreement;

WHEREAS, the parties are working to complete other relevant settlement documents, including a stipulated permanent injunction;

WHEREAS, in light of the anticipated settlement, the parties do not expect the need for depositions, dispositive motion practice, or trial;

WHEREAS, the parties seek to avoid the significant expense of preparing for case events that are substantially unlikely to happen;

WHEREAS, the parties have not sought any schedule extensions so far in this case and submit that there is good cause to stay this action to allow efficient conclusion of the parties' anticipated settlement.

NOW THEREFORE, the parties STIPULATE AND AGREE, as follows, subject to the Court's approval:

1.      This action shall be STAYED and all pending deadlines VACATED.

2.      Within sixty (60) days, the parties shall file either (a) a stipulation dismissing this action, or (b) a joint status report advising the Court on the progress toward settlement and the necessity of continuing the stay.

SO STIPULATED this 9th day of October, 2025.

Respectfully submitted,

DATED: October 9, 2025

DAVIS WRIGHT TREMAINE LLP

*s/ John D. Freed*
Bonnie MacNaughton (SBN 107402)
Caitlyn Courtney (admitted *pro hac vice*)
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Email: bonniemacnaughton@dwt.com

John D. Freed (CA State Bar No. 261518)
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Attorneys for Meta Platforms, Inc.

CLARK HILL LLP

DATED: October 9, 2025

*s/ William D. Schuller*
Michael V. Cristalli (*pro hac vice*)
William D. Schuller (*pro hac vice*)
Tiffany B. Hunter (SBN 306382)
555 S. Flower St., Ste. 2400
Los Angeles, CA 90071-2305
Telephone: (213) 417-5313
Facsimile: (213) 488-1178
Email: thunter@clarkhill.com

Attorneys for Daniel Folger

**[PROPOSED] ORDER**

Presently before the Court is a Stipulation to Stay Case and Vacate Deadlines Pending Settlement. Good cause appearing, the Court GRANTS the Stipulation as follows:

1. This action is STAYED and all pending deadlines VACATED.

2. Within sixty (60) days, the parties shall file either (a) a stipulation dismissing this action, or (b) a joint status report advising the Court on the progress toward settlement and the necessity of continuing the stay.

IT IS SO ORDERED.

Date: _____     _____
                                   Hon. Laurel Beeler
                                   United States Magistrate Judge

3

STIP. TO STAY ACTION RE SETTLEMENT
Case No. 3:25-cv-01672-LB

**Signature Attestation Pursuant to Local Rule 5-1(h)(3)**

I, John D. Freed, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 9, 2025

By:     *s/ John D. Freed*