Bonnie MacNaughton (CA State Bar No. 107402)
Caitlyn Courtney (*admitted pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700
Email: bonniemacnaughton@dwt.com
           caitlyncourtney@dwt.com

John D. Freed (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email: jakefreed@dwt.com

Attorneys for Meta Platforms, Inc.

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>DANIEL FOLGER,<br><br>           Defendant. | Case No. 3:25-cv-01672-LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PERMANENT INJUNCTION AND DISMISSAL**<br><br>Assigned to Hon. Laurel Beeler<br><br>Complaint Filed: February 18, 2025 |

**WHEREAS**, Plaintiff Meta Platforms, Inc. ("Meta") claims Defendant Daniel Folger ("Defendant") repeatedly violated the Instagram Terms of Use and other rules that govern access to and use of Instagram, as well as California Penal Code § 502, by selling Instagram usernames and unauthorized Instagram account reinstatement services, and by continuing to access Instagram, including to sell Instagram usernames and unauthorized Instagram account reinstatement services, after Meta revoked Defendant's access to Instagram, disabled Defendant's user accounts, and sent Defendant two cease-and-desist letters;

**WHEREAS**, on February 18, 2025, Meta filed a lawsuit seeking injunctive and monetary relief against Defendant in the United States District Court for the Northern District of California titled *Meta Platforms, Inc. v. Daniel Folger*, Case No. 3:25-cv-01672-LB (the "Action");

**WHEREAS**, the parties have agreed to resolve this Action, and part of that resolution includes the entry of this Stipulated Permanent Injunction.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

### STIPULATED PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the parties, that:

1. Defendant and, with the exception of the attorneys representing Defendant in this case, all other individuals acting on Defendant's behalf who are described in Federal Rule of Civil Procedure 65(d)(2) (collectively, the "Prohibited Parties"), are immediately and permanently ordered and enjoined as follows:

   a. The Prohibited Parties are immediately and permanently enjoined from creating, logging into, maintaining, or using an account for Facebook, Instagram, or WhatsApp (collectively, "Meta Services") for any reason whatsoever.

   b. The Prohibited Parties are immediately and permanently enjoined from engaging in or assisting or encouraging others to engage in the sale or marketing of usernames for any of the Meta Services;

   c. The Prohibited Parties are immediately and permanently enjoined from engaging in or assisting or encouraging others to engage in reenabling, reinstating, or unbanning

1 disabled, suspended, or otherwise restricted accounts for any of the Meta Services or the marketing
2 or sale of such services;

3       d.    The Prohibited Parties are immediately and permanently enjoined from
4 violating Instagram's Terms of Use, Instagram's Community Guidelines, Meta's Terms of
5 Service, WhatsApp's Terms of Service, or any applicable terms or policies as they now exist and
6 as they may be modified in the future, or assist or encourage others to violate any Meta terms or
7 policies.

8     2.    The Court will retain continuing jurisdiction to enforce the terms of this Stipulated
9 Permanent Injunction and to address any other matters arising out of or regarding this Stipulated
10 Permanent Injunction, including any allegations that the parties have failed to comply with their
11 obligations as set forth in this Stipulated Permanent Injunction, and the parties agree to submit to
12 the Court's jurisdiction for those purposes.

13     3.    The rights and obligations under this Stipulated Permanent Injunction shall benefit,
14 and be binding upon, each of the parties and their respective affiliates, predecessors, successors,
15 and assigns.

## DISMISSAL

Meta's claims against Defendant are hereby dismissed with prejudice against the Defendant, except the Court retains jurisdiction to enforce this Stipulated Permanent Injunction and Dismissal. Each party bears its own fees and costs.

**IT IS SO STIPULATED.**

                          Respectfully submitted,

                          DAVIS WRIGHT TREMAINE LLP

DATED: November 7, 2025    */s/ John D. Freed*
                          Bonnie MacNaughton
                          John D. Freed
                          Caitlyn Courtney

                          Attorneys for Meta Platforms, Inc.

DAVIS WRIGHT TREMAINE LLP

|  |  |
|---|---|
| DATED: November 7, 2025 | CLARK HILL LLP<br><br>*/s/ William D. Schuller*<br>Michael V. Cristalli<br>William D. Schuller<br>Tiffany B. Hunter<br><br>Attorneys for Daniel Folger |

**Signature Attestation Pursuant to Local Rule 5-1(h)(3)**

I, John D. Freed, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 7, 2025

By:    */s/ John D. Freed*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025.         By: _____
                                              LAUREL BEELER
                                              United States Magistrate Judge